JS - 6

# UNITED  STATES  DISTRICT  COURT

## FOR  THE  CENTRAL  DISTRICT  OF  CALIFORNIA

NATIONAL UNION FIRE INSURANCE )  CASE NO.  SACV 12-0970-DOC(FMOx)
COMPANY OF PITTSBURGH, PA       )
                                )
            Plaintiff(s),       )
                                )  ORDER DISMISSING CIVIL ACTION
        V.                      )
                                )
                                )
BLF INC.,                       )
                                )
            Defendant(s).       )
                                )

---

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:    September 21, 2012

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge