JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>     Plaintiff(s),<br><br>V.<br><br>BLF INC.,<br><br>     Defendant(s). | CASE NO. SACV 12-0970-DOC(FMOx)<br><br>ORDER DISMISSING CIVIL ACTION |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED:   September 21, 2012

_____
DAVID O. CARTER
United States District Judge